IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-cv-00185-M

| | |
|---|---|
| T.B., a minor, appearing by and through his Guardian Ad Litem JEFFREY R. MONROE,<br><br>    Plaintiff,<br><br>v.<br><br>L. RANDOLPH DOFFERMYRE, III, et al.,<br><br>    Defendants. | ORDER |

This matter comes before the court on the parties' joint motion for a status conference [DE 33]. The parties request a status conference "to provide a status update to the Court and to provide additional clarity with respect to the Motion to Dismiss for Failure to Join a Necessary Party recently filed by Defendants." DE 33.

For good cause shown, the motion is GRANTED. The court will hold a telephonic status conference on Monday, November 20, 2023, at 11:00 a.m. in Courtroom 1, Alton Lennon Federal Building, Wilmington.

SO ORDERED this 17th day of November, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE